UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAMERON MEYERS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:20-cv-01922-SEB-MJD |
| WAL-MART STORES EAST, LP, | ) |
| Defendant. | ) |

## WAL-MART'S MOTION TO DISMISS

Comes now Defendant Wal-Mart Stores East, LP ("Wal-Mart"), by counsel and pursuant to Fed. R. Civ. P. 12(b)(6), and hereby moves the Court to dismiss Plaintiff Cameron Meyers' ("Mr. Meyers") Complaint (ECF 1-1) on the grounds that:

1. Mr. Meyers' Complaint does not comport with Fed. R. Civ. P 8(a); and

2. Mr. Meyers' Complaint fails to state a claim upon which relief may be granted under Rule 12(b)(6).

In support of this Motion, Wal-Mart is filing contemporaneously herewith Wal-Mart's Brief In Support of Wal-Mart's Motion to Dismiss ("Brief"). Wal-Mart's Brief is incorporated herein as if set forth herein in its entirety.

LEWIS WAGNER, LLP


By:  /s/Lesley A. Pfleging
LESLEY A. PFLEGING, #26857-49A
**Counsel for Defendant**

CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2020, a copy of the foregoing Brief was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

John F. Townsend, III
151 North Delaware Street, Suite 770
Indianapolis, IN 46204
Townsendlawfirm@aol.com
**Counsel for Plaintiff**

    /s/*Lesley A. Pfleging*
    LESLEY A. PFLEGING, #26857-49A

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:   317-237-0500
Facsimile:   317-630-2790