UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CAMERON MEYERS,                          )
                                         )
              Plaintiff,                 )
                                         )
       v.                                )       No. 1:20-cv-01922-MJD-SEB
                                         )
WAL-MART STORES EAST, LP,                )
                                         )
              Defendant.                 )

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Leave to Amend Complaint

for Damages.  [Dkt. 25.]  The Court, being duly advised, and noting that Defendant does not

object to Plaintiff's request [*Id.*, ¶ 3], hereby **GRANTS** the motion.  On or before **October 22,**

**2020**, Plaintiff shall file an Amended Complaint for Damages, with any exhibits thereto, along

with proposed summonses, in substantially similar format as was attached to Plaintiff's Motion

for Leave.  [Dkts. 25-1 through 25-2.]

       SO ORDERED.

Dated:  19 OCT 2020

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.