UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAMERON MEYERS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-01922-MJD-SEB |
| WAL-MART STORES EAST, LP, HARBORTOWN INDUSTRIES, INC., | ) |
| Defendants. | ) |

**ORDER**

The parties previously consented to the exercise of jurisdiction by the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. [Dkts. 11 & 13.] Parties added to a case after the original litigants have filed a consent under § 636(c) must also agree to the submission of the case to the Magistrate Judge; if they do not, then the case must be returned to a District Judge. *Williams v. Gen. Elec. Capital Auto Lease, Inc.*, 159 F.3d 266, 268 (7th Cir. 1998). Therefore, on or before **January 12, 2021**, the parties are to file a Notice, Consent, and Reference of a Civil Action to Magistrate Judge, if such consent is agreed to by all parties.[1] If such consent is not filed, then this action shall be returned to District Judge Sarah Evans Barker.

SO ORDERED.

Dated: 29 DEC 2020

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[1] A form Notice, Consent, and Reference of a Civil Action to Magistrate Judge may be found on the Court's website at http://www.insd.uscourts.gov/forms/consent-magistrate-judge.

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.