**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CAMERON MEYERS, ) | |
| ) | Case No. 1:20-cv-001922-MJD-SEB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES EAST, LP and ) | |
| HARBORTOWN INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT HARBORTOWN INDUSTRIES, INC.'S**
**PRELIMINARY WITNESS AND EXHIBIT LIST**

Comes now the Defendant, Harbortown Industries, Inc., by counsel, and submits its Preliminary Witness and Exhibit List.

**I. Witnesses**

1. Cameron Meyers;

2. Representative of Wal-Mart Stores East, LP;

3. Dennis Regano and/or another representative of Harbortown Industries, Inc.;

4. Meiling Chen and/or another representative of Harbortown Industries, Inc.;

5. Plaintiff's medical providers including, but not limited to, the following:

    a. Fayette Regional Health System (Dr. Ronald Sam);

    b. Brookville Manor Care;

    c. Beacon Orthopaedics & Sports Medicine (Dr. Adam Miller & PA Russell Reynolds);

    d. TriHealth Physicians of Indiana (Dr. Thomas Busemeyor and PTA James Allen);

      e.      Mercy Health West Hospital;

      f.      The Christ Hospital;

      g.      Mercy Health Physicians Primary Care (Dr. James Blinzler);

      h.      ESS of Connersville, LLC;

      i.      Dr. Tejal Bhatt.

6. Samantha Bolser (Plaintiff's fiancé);

7. Representative of Fumigation Services & Supply, Inc.;

8. Michelle Siebert (Wal-Mart);

9. Nicole Ballenger (Wal-Mart);

10. Cena Graves (Wal-Mart);

11. Linda Day (Wal-Mart);

12. Representative of Blue Cross/Blue Shield of Tennessee;

13. Any witnesses identified by the Plaintiff or Co-Defendant;

14. Any witnesses needed for rebuttal and impeachment; and

15. Any witnesses revealed through further discovery.

## II. Exhibits

1. The picture frame involved in the incident in question;

2. An exemplar picture frame of the picture frame involved in the accident in question;

3. Plaintiff's medical records, bills, and radiology films from the following:

      a.      Fayette Regional Health System (Dr. Ronald Sam);

      b.      Brookville Manor Care;

  c. Beacon Orthopaedics & Sports Medicine (Dr. Adam Miller & PA Russell Reynolds);

  d. TriHealth Physicians of Indiana (Dr. Thomas Busemeyor and PTA James Allen);

  e. Mercy Health West Hospital;

  f. The Christ Hospital;

  g. Mercy Health Physicians Primary Care (Dr. James Blinzler);

  h. ESS of Connersville, LLC;

  i. Dr. Tejal Bhatt

4. All accident or incident reports;

5. All photographs and videos of the Plaintiff, his injuries, and/or the scene of the accident;

6. All documents maintained by the Co-Defendant which identify the picture frame in question;

7. Defendant's GS1 Company Prefix Certificate;

8. All exhibits identified by the Plaintiff or Co-Defendant;

9. All exhibits needed for rebuttal and impeachment; and

10. All exhibits revealed through further discovery.

      Respectfully submitted,

      /s/ John M. DeCastro
      John M. DeCastro (#21592-49) Attorney for Defendant, Harbortown Industries, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above pleading was served, on February 1, 2021, via postage pre-paid or by electronic service through the CM/ECF system, to the following:

Lesley A. Pfleging
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Lpfleging@lewiswagner.com

John F. Townsend III
Townsend & Townsend
Market Square Center, Suite 770
151 North Delaware Street
Indianapolis, IN 46204
townsendlawfirm@aol.com


/s/ John M. DeCastro
John M. DeCastro (#21592-49)


John M. DeCastro (#21592-49)
Law Offices of the Hartford
Financial Services Group, Inc.
200 W. Madison Street, Suite 501
Chicago, IL 60606
P: 312-782-7191
F: 877-369-4880
John.decastro@thehartford.com